UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24796

DOUGLAS WIGGINS,

        Plaintiff,

v.

MIAMI-DADE COUNTY,
a political subdivision of the State of Florida,

        Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff **DOUGLAS WIGGINS ("WIGGINS" or "Plaintiff")** files this Complaint and sues **MIAMI-DADE COUNTY, FLORIDA ("COUNTY")** for damages, demands a trial by jury, and hereby states as follows:

1. This is an action seeking damages in excess of One Million Dollars ($1,000,000) and other relief by an employee of MIAMI-DADE COUNTY who was subjected to an adverse personnel action and outrageous harassment by the COUNTY because of his race and because he filed complaints and complained about prohibited practices under Title VII.

2. Plaintiff is *sui juris,* a resident of Miami Dade County, and a former employee of the

1

COUNTY.

3. Miami-Dade County is a government entity and as such, is an "agency" as envisioned by Title VII.

4. The COUNTY was the Plaintiff's employer as that term is defined in Title VII.

5. Venue is proper in the Southern District of Florida because Defendant COUNTY is located within Miami-Dade County, Florida, and all of the acts occurred within said County.

6. All conditions precedent to this cause of action, including exhaustion of administrative remedies and notice under application statutory schemes have been met, waived, excused, or would be futile.

7. Plaintiff filed an EEOC Complaint, received a Right to Sue Letter and filed this Verified Complaint in a timely fashion.

8. Plaintiff has retained the services of the undersigned attorney and is obligated to pay reasonable attorneys' fees and costs associated with this action.

## GENERAL ALLEGATIONS

9. Plaintiff is employed by Defendant Miami-Dade County.

10. **DOUGLAS WIGGINS** is a career Police Officer with the Miami-Dade Police Department working in the Northside station for many years.

11. Plaintiff is a black male.

12. The Plaintiff has been discriminated against his race (black male) and in retaliation for his complaints about practices that violated anti-discrimination statutes.

13. The Plaintiff was an exemplary employee with no misconduct.

14. The Plaintiff had excellent performance evaluations as a Police Officer with the Miami-Dade Police Department.

15. But the Plaintiff's superiors have engaged in systematic racial discrimination which has adversely affected him and has consisted of providing discriminatory treatment toward black officers.

16. This has included issuing improper reprimands and adverse actions as well as changes in duty assignments and denial of leave and other benefits.

17. The Northside commanders have discriminated against him and other black officers by providing preferential treatment in employment by promotions, work assignments in delving out discipline while white officers are not given discipline.

18. White officers have used the "n-word" and engaged in other racist activities.

19. There is no explanation for the preferential treatment of white officers other than racial discrimination and retaliation.

20. The County ultimate decision makers have made discriminatory comments about the Plaintiff and taken adverse action in the form of demotions, humiliation and pay cuts because of Plaintiffs race which is a Violation of Title VII.

21. Plaintiff was at all times an outstanding employee.

22. In addition, the Plaintiff has complained about the usage of the "n-word" and other racial discrimination repeatedly.

23. The Plaintiff has on multiple occasions filed complaints about derogatory comments and the mistreatment of black police officers in the Northside Police Commands.

24. Not only have his complaints, which went all the way to the Miami Dade Police Director, been ignored, but the Plaintiff was demoted and transferred in retaliation for his complaints.

## COUNT I
## RETALIATION

25. Plaintiff re-alleges paragraphs 1 through 24 as if fully set forth therein.

26. Title VII prohibits retaliation against an employee because they opposed prohibited practices and/or participate in investigations of prohibited practices.

27. Plaintiff was subjected to retaliation for opposing unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

28. As a result, the Plaintiff was damaged.

**WHEREFORE,** the Plaintiff demands damages, including compensatory damages and all available relief.

## COUNT II
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

29. Plaintiff re-alleges the allegations set forth in paragraphs 1 through 24 above as though fully set forth herein.

30. Plaintiff is a black male, and the Defendant willfully discriminated against the Plaintiff due to his race.

31. Plaintiff is an employee as that term is defined under Title VII of the Civil Rights Act of 1964 and the Defendant Miami-Dade County, Florida is his employer as that term is defined under the Act.

32. The COUNTY provided more favorable treatment to white employees based on race.

33. As a result of the COUNTY'S illegal actions, the Plaintiff has been damaged.

**WHEREFORE,** the Plaintiff requests that the court enter a judgment in his favor finding that Miami-Dade County violated Title VII of the Civil Rights Act of 1964, and award him any and all damages, including compensatory, liquidated, and statutory damages, and any and all declaratory and injunctive relief as allowed by law. Plaintiff further requests an award of attorneys' fees and costs against the Defendant Miami-Dade County and any and all of this relief that the Court deems just and proper.

**WHEREFORE,** Plaintiff demands judgment for damages against the County, including but not limited to compensatory damages, back pay and benefits, future pay, and benefits.

### DEMAND FOR JURY TRIAL

Plaintiff respectfully demands trial by jury for all issues so triable as a matter of law.

**Dated this 8th day of December 2024.**

Respectfully submitted,

**MICHAEL A. PIZZI, JR., ESQ.**
Attorney for **DOUGLAS WIGGINS**
Florida Bar No 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Phone: (786) 594-3948
Fax: (305) 777-3802
E-mail: mpizzi@pizzilaw.com

By: _S/ Michael A. Pizzi, Jr._
**MICHAEL A. PIZZI, JR., ESQ.**